| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Law Offices of Mark W. Ford, LLC<br>4 ½ North Broadway, PO Box 110<br>Gloucester City, NJ 08030<br>856-456-8811<br>856-456-8558 (Fax)<br>Attorney for the debtor | |
| In Re:<br><br>Robert Baylock | Case Number: 22-12648<br><br>Hearing Date: May 3,, 2022 at 11:00 a.m.<br><br>Judge: Jerrold N. Poslusny<br><br>Chapter: 13 |

Recommended Local Form:   ☒ Followed   ☐ Modified

## NOTICE OF MOTION TO VACATE THE SHERIFF SALE IN VIOLATION OF THE AUTOMATIC STAY

**To:** Isabel Balboa, Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002

Ras Citron
130 Clinton Avenue
#202
Fairfield, NJ 07004
Attorney for creditor Ditech Financial

Ditech Financial
1100 Virginia Drive
#100 A
Fort Washington, PA 19034

The above-refereed debtor has filed a motion to Vacate the Sheriff Sale in Violation of the automatic stay order entered on April 1, 2022 .

If you do not want the court to Internal Revenue Service to do so, then on or before April 25, 2022 you or your lawyer must:

A.  File with the court a written request for a hearing *or, if the court requires a written response*, an answer, explaining your position at:

Clerk, United States Bankruptcy Court
401 Market Street
Camden, NJ 08102

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

Mark W. Ford, Esquire
Law Offices of Mark W. Ford, P.C.
P.O. Box 110
Gloucester City, New Jersey 08030; and

Isabel Balboa, Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002

    Attend the hearing scheduled to be held on __May 3, 2022__, at 11:00 a.m. in Courtroom 4C, United States Bankruptcy Court, 400 Cooper Street, Camden, NJ 08101

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: April 11, 2022
/s/ Mark W. Ford
MARK W. FORD, ESQUIRE