# Exhibit A

## Law Offices of Mark W. Ford
## A Limited Liability Company

P.O. Box 110, 4 ½ N. Broadway
Gloucester City, New Jersey 08030
(856) 456-8811 - (856) 456-8828
Fax: (856) 456-8558
Email: markfordlaw@juno.com
PLEASE REPLY TO P.O. BOX 110, GLOUCESTER CITY, NJ 08030

**"Protecting the Rights of People Since 1992"**

April 1, 2022

Camden County Sheriff's Office
Via Fax: 856-225-5572

RE: Sheriff Sale date set for: April 6, 2022
    Address: 1446 S. 9th Street, Camden, NJ
    My client: Robert Baylock
    Sheriff No: FR-22000159

Dear Sir/Madam:

Please be advised that Robert Baylock has filed for Chapter 13 in the above matter. Please cancel the Sheriff's sale scheduled for April 6, 2022 at Noon.

Thank you for your prompt attention to this matter.

Very truly yours,

MARK W. FORD, ESQUIRE

MWF:rp
Encs.
Cc: Ras Citron, via fax 973-404-8886

United States Bankruptcy Court
District of New Jersey

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 04/01/2022 at 09:05 AM and filed on 04/01/2022.

**Robert L Baylock, Sr**
1446 S. 9th Street
Camden, NJ 08101
SSN / ITIN: xxx-xx-2267

The case was filed by the debtor's attorney:

**Mark W Ford**
Law Office of Mark W. Ford, LLC
P.O. Box 110
4 1/2 North Broadway
Gloucester City, NJ 08030
(856) 456-8811

The case was assigned case number 22-12648.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.njb.uscourts.gov or at the Clerk's Office, 401 Market Street, Camden, NJ 08102.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

*Jeanne Naughton*
Clerk, U.S. Bankruptcy Court

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/01/2022 10:01:08 | | | |
| **PACER Login:** | markfordlaw | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 22-12648 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

TX Result Report

P 1
04/01/2022 09:11
Serial No. A7PU017001168
TC: 182323

| Addressee | Start Time | Time | Prints | Result | Note |
|---|---|---|---|---|---|
| 18562255572 | 04-01 09:10 | 00:00:31 | 002/002 | OK | |

Note: TMR:Timer TX, POL:Polling, ORG:Original Size Setting, FME:Frame Erase TX, DPG:Page Separation TX, MIX:Mixed Original TX, CALL:Manual TX, CSRC:CSRC, FWD:Forward, PC:PC-FAX, BND:Double-Sided Binding Direction, SP:Special Original, FCODE:F-code, RTX:Re-TX, RLY:Relay, MBX:Confidential, BUL:Bulletin, SIP:SIP Fax, IPADR:IP Address Fax, I-FAX:Internet Fax

Result: OK: Communication OK, S-OK: Stop Communication, PW-OFF: Power Switch OFF, TEL: RX from TEL, NG: Other Error, Cont: Continue, No Ans: No Answer, Refuse: Receipt Refused, Busy: Busy, M-Full:Memory Full, LOVR:Receiving length Over, POVR:Receiving page Over, FIL:File Error, DC:Decode Error, MDN:MDN Response Error, DSN:DSN Response Error, PRINT:Compulsory Memory Document Print, DEL:Compulsory Memory Document Delete, SEND:Compulsory Memory Document Send.

# Law Offices of Mark W. Ford
## A Limited Liability Company

P.O. Box 110, 4 ½ N. Broadway
Gloucester City, New Jersey 08030
(856) 456-8811 - (856) 456-8828
Fax: (856) 456-8558
Email: markfordlaw@juno.com
PLEASE REPLY TO P.O. BOX 110, GLOUCESTER CITY, NJ 08030

*"Protecting the Rights of People Since 1992"*

April 1, 2022

Camden County Sheriff's Office
Via Fax: 856-225-5572

RE: Sheriff Sale date set for: April 6, 2022
Address: 1446 S. 9th Street, Camden, NJ
My client: Robert Baylock
Sheriff No: FR-22000159

Dear Sir/Madam:

Please be advised that Robert Baylock has filed for Chapter 13 in the above matter. Please cancel the Sheriff's sale scheduled for April 6, 2022 at Noon.

Thank you for your prompt attention to this matter.

Very truly yours,

MARK W. FORD, ESQUIRE

MWF:rp
Encs.
Cc: Ras Citron, via fax 973-404-8886

TX Result Report  P   1
04/01/2022 09:11
Serial No. A7PU017001168
TC: 182324

| Addressee | Start Time | Time | Prints | Result | Note |
|---|---|---|---|---|---|
| 19734048886 | 04-01 09:11 | 00:00:46 | 002/002 | OK | |

Note: TMR:Timer TX, POL:Polling, ORG:Original Size Setting, FME:Frame Erase TX, DPG:Page Separation TX, MIX:Mixed Original TX, CALL:Manual TX, CSRC:CSRC, FWD:Forward, PC:PC-FAX, BND:Double-Sided Binding Direction, SP:Special Original, FCODE:F-code, RTX:Re-TX, RLY:Relay, MBX:Confidential, BUL:Bulletin, SIP:SIP Fax, IPADR:IP Address Fax, I-FAX:Internet Fax

Result: OK: Communication OK, S-OK: Stop Communication, PW-OFF: Power Switch OFF, TEL: RX from TEL, NG: Other Error, Cont: Continue, No Ans: No Answer, Refuse: Receipt Refused, Busy: Busy, M-Full:Memory Full, LOVR:Receiving length Over, POVR:Receiving page Over, FIL:File Error, DC:Decode Error, MDN:MDN Response Error, DSN:DSN Response Error, PRINT:Compulsory Memory Document Print, DEL:Compulsory Memory Document Delete, SEND:Compulsory Memory Document Send.

# Law Offices of Mark W. Ford
## A Limited Liability Company

P.O. Box 110, 4 ½ N. Broadway
Gloucester City, New Jersey 08030
(856) 456-8811 - (856) 456-8828
Fax: (856) 456-8558
Email: markfordlaw@juno.com
PLEASE REPLY TO P.O. BOX 110, GLOUCESTER CITY, NJ 08030

*"Protecting the Rights of People Since 1992"*

---

April 1, 2022

Camden County Sheriff's Office
Via Fax: 856-225-5572

RE: Sheriff Sale date set for: April 6, 2022
    Address: 1446 S. 9th Street, Camden, NJ
    My client: Robert Baylock
    Sheriff No: FR-22000159

Dear Sir/Madam:

Please be advised that Robert Baylock has filed for Chapter 13 in the above matter. Please cancel the Sheriff's sale scheduled for April 6, 2022 at Noon.

Thank you for your prompt attention to this matter.

Very truly yours,

MARK W. FORD, ESQUIRE

MWF:rp
Encs.
Cc: Ras Citron, via fax 973-404-8886