TX Result Report        P    1
                        04/06/2022 11:14
                        Serial No. A7PU017001168
                        TC:    182991

**Exibit B**

| Addressee   | Start Time  | Time     | Prints  | Result | Note |
|-------------|-------------|----------|---------|--------|------|
| 19734048886 | 04-06 11:08 | 00:05:32 | 017/017 | OK     |      |

Note: TMR:Timer TX, POL:Polling, ORG:Original Size Setting, FME:Frame Erase TX, DPG:Page Separation TX, MIX:Mixed Original TX, CALL:Manual TX, CSRC:CSRC, FWD:Forward, PC:PC-FAX, BND:Double-Sided Binding Direction, SP:Special Original, FCODE:F-code, RTX:Re-TX, RLY:Relay, MBX:Confidential, BUL:Bulletin, SIP:SIP Fax, IPADR:IP Address Fax, I-FAX:Internet Fax

Result: OK: Communication OK, S-OK: Stop Communication, PW-OFF: Power Switch OFF, TEL: RX from TEL, NG: Other Error, Cont: Continue, No Ans: No Answer, Refuse: Receipt Refused, Busy: Busy, M-Full:Memory Full, LOVR:Receiving length Over, POVR:Receiving page Over, FIL:File Error, DC:Decode Error, MDN:MDN Response Error, DSN:DSN Response Error, PRINT:Compulsory Memory Document Print, DEL:Compulsory Memory Document Delete, SEND:Compulsory Memory Document Send.

## Law Offices of Mark W. Ford
### A Limited Liability Company

P.O. Box 110, 4 ½ N. Broadway
Gloucester City, New Jersey 08030
(856) 456-8811 - (856) 456-8828
Fax: (856) 456-8558
Email: markfordlaw@juno.com
PLEASE REPLY TO P.O. BOX 110, GLOUCESTER CITY, NJ 08030

*"Protecting the Rights of People Since 1992"*

April 6, 2022

Camden County Sheriff's Office
Via Fax: 856-225-5572

RE: Sheriff Sale date set for: April 6, 2022
    Address: 1446 S. 9th Street, Camden, NJ
    My client: Robert Baylock
    Sheriff No: FR-22000159

Dear Sir/Madam:

I am revising my earlier letter to you and including a decided case in the United States Bankruptcy Court as an attachment to my previous objection to the Sheriff's sale presently scheduled.

Thank you for your prompt attention to this matter.

Very truly yours,

MARK W. FORD, ESQUIRE

MWF:rp
Encs.
Cc: Ras Citron, via fax 973-404-8886