| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Law Offices of Mark W. Ford, LLC<br>4 ½ North Broadway, PO Box 110<br>Gloucester City, NJ 08030<br>856-456-8811<br>856-456-8558 (Fax)<br>Attorney for the debtor | |
|---|---|
| In Re:<br><br>Robert Baylock | Case Number: 22-12648<br>Hearing Date: May 3, 2022<br>Judge: Jerrold N. Poslusny<br>Chapter: 13 |

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

**CERTIFICATION IN SUPPORT OF NOTICE OF MOTION TO VACATE THE SHERIFF SALE IN VIOLATION OF THE AUTOMATIC STAY**

1. I am the debtor in the above-captioned matter and have personal knowledge of the facts stated herein.

2. I married Kathleen Baylock on August 26, 2006 and I am married to her today.

3. I have lived with my wife Kathleen Baylock Mason as a marital residence at 1446 S. 9th Street, Camden, NJ since our marriage and I still reside in the property except for a brief time I was incarcertated.

4. On April 1, 2022 I filed a Chapter 13 Bankruptcy and was granted an automatic stay.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: April 11, 2022      /s/ Robert Baylock
                                             Roberty Baylock

1