| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Law Offices of Mark W. Ford, LLC<br>4 ½ North Broadway, PO Box 110<br>Gloucester City, NJ 08030<br>856-456-8811/856-456-8558 (Fax)<br>Attorney for the debtor | |
| In Re:<br><br>Robert Baylock | Case Number: 22-12648<br>Hearing Date: May 3, 2022 @11:00 a.m.<br>Judge: JNP<br>Chapter: 13 |

Recommended Local Form: ☒ Followed ☐ Modified

## ORDER TO VACATE SHERIFF SALE FOR VIOLATION OF THE AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

This matter having been was presented to the Court by <u>Mark W. Ford, Esq.</u> and, for good cause it is

ORDERED that the sheriff sale for 1446 S. 9th Street, Camden, NJ is hereby vacated.

IT IS ALSO ORDERED THAT Attorney's fees and costs are hereby awarded to the debtor in the amount of $