UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Law Offices of Mark W. Ford, LLC
4 ½ North Broadway, PO Box 110
Gloucester City, NJ 08030
856-456-8811, 856-456-8558 (Fax)
Attorney for the debtor

In Re: Robert Baylock

| | |
|---|---|
| Case Number: | 22-12648 |
| Judge: | JNP |
| Chapter: | 13 |

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

## CERTIFICATION OF SERVICE

1. I,   Regina Perfetti:

      ☐ represent the _____ in the above-captioned matter.

      ☒ am the secretary/paralegal for Mark W. Ford, who represents the

      Debtors in the above captioned matter.

      ☐ am the _____ in the above case and am representing myself.


2. On   April 12, 2022   I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:  Notice of Motion to Vacate Sheriff Sale in violation of automatic stay, Brief in support of motion, Certification in support of Motion, Proposed Order


3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Dated:   4/12/22 _____        /s/ Regina Perfetti_____
                                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel Balboa, Trustee | | ❑ Hand-delivered<br>Regular mail<br>Certified mail/RR<br>❑ E-mail<br>X Notice of Electronic Filing (NEF)<br>(as authorized by the court *) |
| RAS Citron<br>Attorney for creditor Ditech Financial<br>130 Clinton Avenue<br>#202<br>Fairfield, NJ 07004 | Attorney | ❑ Hand-delivered<br>x Regular mail<br>Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>(as authorized by the court *) |
| Ditech Financial LLC<br>1100 Virginia Drive<br>#100 A<br>Fort Washington, PA 19034 | | ❑ Hand-delivered<br>❑ x Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>(as authorized by the court *) |
| | | ❑ Hand-delivered<br>Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ X Notice of Electronic Filing (NEF)<br>(as authorized by the court *) |