| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Authorized Agent for Secured Creditor
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886

Laura Egerman, Esq. (LE-8250)

| In Re: | Case No.: 22-12648-JNP |
|---|---|
| **ROBERT L. BAYLOCK, SR.,** | Chapter: 11 |
| Debtor. | Hearing Date: May 17, 2022 |
| | Judge: Jerrold N. Poslusny, Jr. |

## CERTIFICATION OF SERVICE

1. I, Laura Egerman, Esq., represent NEWREZ, LLC DBA SHELLPOINT MORTGAGE SERVICING in this matter.

2. On May 2, 2022, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below: Opposition to Motion to Vacate Sheriff's Sale for Violation of the Automatic Stay, Certificate of Service.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: May 2, 2022

        **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
        Attorneys for Secured Creditor
        130 Clinton Road, Lobby B, Suite 202
        Fairfield, NJ 07004
        Telephone: 973-575-0707

        By: /s/ Laura Egerman
        Laura Egerman, Esq.
        Bar ID: LE-8250
        Email: legerman@raslg.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Robert L. Baylock, Sr<br>1446 S. 9th Street<br>Camden, NJ 08101 | Debtor | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Mark W. Ford<br>Law Office of Mark W. Ford, LLC<br>P.O. Box 110<br>4 1/2 North Broadway<br>Gloucester City, NJ 08030 | Debtor's Attorney | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>[x] Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>[x] Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>[x] Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |