| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Law Offices of Mark W. Ford, LLC<br>4 ½ North Broadway, PO Box 110<br>Gloucester City, NJ 08030<br>856-456-8811<br>856-456-8558 (Fax)<br>Attorney for the debtor | |
| In Re:<br><br>Robert Baylock | Case Number: 22-12648<br>Hearing Date: May 3, 2022<br>Judge: Jerrold N. Poslusny<br>Chapter: 13 |

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

**SUPPLEMENTAL CERTIFICATION IN SUPPORT OF NOTICE OF MOTION TO VACATE THE SHERIFF SALE IN VIOLATION OF THE AUTOMATIC STAY**

1. I, Robert Baylock, Sr., of full age do hereby certify and state as follows:

2. I am the debtor in the above-captioned matter and have personal knowledge of the facts stated herein.

3. I am married Kathleen Langston f/k/a Kathleen Mason on or about September 6, 2006. (See attached Exhibit A)

4. I have never been divorced from Kathleen Baylock f/k/a Kathleen Mason and I remain married to her.

5. After marrying her I moved into the then and now marital residence at 1446 S. 9th Street, Camden, NJ 08104.

6. I have never been divorced from Kathleen Baylock f/k/a Kathleen Mason.

7. I currently live at 1446 S. 9th Street, Camden, NJ 08104.

8. In addition, the Shellpoint Servicing the then authorized servicer for the mortgage company had received notice that not only that I was living there, but that I was living there and receiving unemployment (See attached Exhibit B, loan modification application).

1

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date:   May 3, 2022                     /s/ Robert Baylock
                                        Roberty Baylock