**Exhibit A**

# STATE OF NEW JERSEY
## CERTIFICATE OF MARRIAGE

Name of Groom (First, Middle, Last): ROBERT L. BAYLOCK

Maiden Name of Bride (First, Middle, Last): KATHLEEN L. LANGSTON

Date of Marriage (Month/Day/Year): AUGUST 26, 2006

Place of Marriage (City/County): CAMDEN    CAMDEN

File Number: 9-6-06

Date Filed: N/A

Date Amended (If applicable): N/A

Date Issued: SEPTEMBER 6, 2006

Issued By: CITY OF CAMDEN

DORIS B. ELLIS DEP. REGISTRAR

This is to certify that the above is correctly copied from a record on file in my office.

Certified copy not valid unless the raised Great Seal of the State of New Jersey or the seal of the issuing municipality or county, is affixed hereon.

Joseph A. Komosinski, State Registrar
Bureau of Vital Statistics

REG-42F
JULY 04

HOLD TO LIGHT TO VIEW WATERMARK
THIS DOCUMENT CONTAINS A UNIQUE STATE OF NJ WATERMARK
THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES TO DETER FRAUD. VOID IF ALTERED

# CERTIFICATE OF MARRIAGE

Name of Groom (First, Middle, Last): ROBERT L. BAYLOCK

Maiden Name of Bride (First, Middle, Last): KATHLEEN L. LANGSTON

Date of Marriage (Month/Day/Year): AUGUST 26, 2006

Place of Marriage (City/County): CAMDEN    CAMDEN

File Number: N/A

Date Filed: 9-6-06

Date Amended (if applicable): N/A

Date Issued: SEPTEMBER 6, 2006

Issued By: CITY OF CAMDEN    DORIS B. ELLIS DEP. REGISTRAR